## A. P. NEWMAN v. FLOUR CITY FUEL & TRANSFER COMPANY.[2]

January 2, 1920.

No. 21,541.

**Case followed.**

Action in the municipal court of Minneapolis to recover $525, the value of an automobile. The defense set up in the answer was that the storage of automobiles was accepted only on condition defendant would not be re-

[1] Reported in 175 N. W. 680.  [2] Reported in 175 N. W. 682.

sponsible for their loss by fire or theft. The case was tried before Charles L. Smith, J., who at the close of the testimony denied motions by both parties for directed verdicts, and a jury which returned a verdict for $530. From an order denying its motion for judgment notwithstanding the verdict or for a new trial in case plaintiff consented to a reduction of the verdict to $525, defendant appealed. Affirmed.

*Adolph E. L. Johnson,* for appellant.

*G. A. Will,* for respondent.

PER CURIAM.

This case and the case of Steenson against the same defendant, supra, page 375, 175 N. W. 681, were tried together before the same jury. The facts in the two cases were identical, except that Steenson's automobile was worth slightly more than Newman's and this case is affirmed under the opinion filed in that case.

Affirmed.